1  RICHARD J. IDELL (SBN 069033)
   ORY SANDEL (SBN 233204)
2  ELIZABETH J. REST (244756)
   IDELL AND SEITEL LLP
3  465 California Street, Suite 300
   San Francisco, CA 94104
4  Telephone: (415) 986-2400
   Facsimile: (415) 392-9259
5
   Attorneys for Plaintiff and Counter Defendant
6  BRUNI GLASS PACKAING, INC. and for
   Counter-Defendant BRUNI GLASS, S.p.A.
7
   KELLI GEORGE
8  LAW OFFICES OF THOMAS O'HAGAN
   1999 Harrison Street, Suite 2070
9  Oakland, CA 94612
   Telephone: (510) 587-1600
10 Facsimile: (510) 587-0056

11 *Attorneys for Counter-Defendant*
   *BRUNI GLASS PACKAGING, INC.*
12
   PHILIP J. TERRY (SBN 148144)
13 ANGELA G. DENNIS (SBN 232598)
   CARLE, MACKIE, POWER & ROSS LLP
14 100 B Street, Suite 400
   Santa Rosa, California 95401
15 Telephone: (707) 526-4200
   Facsimile: (707) 526-4707
16
   Attorneys for Defendant/Counter Claimant
17 COPAIN WINE CELLARS, LLC

18                      UNITED STATES DISTRICT COURT

19                     NORTHERN DISTRICT OF CALIFORNIA

20 | BRUNI GLASS PACKAGING, INC., a                | Case No. CV 09-2398
   | Florida corporation,                          |
21 |                                               |
   |         Plaintiff(s),                         | **STIPULATION RE EXTENSION OF**
22 |                                               | **CASE MANAGEMENT DATES AND**
   |   v.                                          | **DISCOVERY**
23 |                                               |
   | COPAIN WINE CELLARS, LLC, a California        |
24 | limited liability company, and DOES 1 - 100,  |
   | inclusive,                                    |
25 |                                               |
   |         Defendant(s).                         |
26

27 AND RELATED COUNTERCLAIM

28

Plaintiff and Counter Defendant Bruni Glass Packaging, Inc. a Florida corporation ("Plaintiff" or "Bruni") and Counter Defendant BRUNI GLASS S.p.A., ("Bruni Italy") on the one hand, and Counterclaimant and Defendant, COPAIN WINE CELLARS, LLC, a California limited liability company ("Copain"), on the other hand, hereby stipulate as follows:

WHEREAS on September 17, 2009, the Honorable Judge Claudia Wilken issued a minute Order and Case Management Order setting deadlines for completion of fact discovery, expert designation and discovery, substantive motions, mediation and trial; and

WHEREAS the parties have engaged in extensive discovery and mediation and are desirous of pursuing additional settlement efforts by a further private mediation;

NOW THEREFORE the parties stipulate to the following additional Order to facilitate additional settlement and administration of this case:

1. Disclosure of identities of expert witnesses shall be April 1, 2010;

2. Expert discovery shall be completed by May 1, 2010;

3. All case-dispositive motions to be heard at 2:00 p.m. on or before June 24, 2010;

4. Fact discovery is complete except as to discovery upon which counsel may agree in writing and counsel represents to the Court that they have reached certain agreements regarding further fact discovery; and

5. All discovery that is presently outstanding against Bruni Italy, including but not limited to the Rule 30(b) (6) deposition of Bruni Italy, set for February 5, 2010, is stayed pending the Court's ruling on Defendant Bruni Italy's Motion to Dismiss which the Court has taken under submission.

NOW THEREFORE, the parties and through their respective counsel, hereby stipulate as set forth above and further agree that this Stipulation shall be presented to the Court for an Order thereon.

Dated: _____                         CARLE, MACKIE, POWER & ROSS LLP


                                             By:_____
                                                Philip J. Terry
                                                Attorneys for Defendant/Counter
                                                Claimant COPAIN WINE

CELLARS, LLC

Dated: _____                    IDELL & SEITEL LLP


By:_____
    Richard J. Idell
    Attorneys for Plaintiff/Counter
    Defendant BRUNI GLASS
    PACKAGING INC., and for
    Counter Defendant BRUNI Glass
    S.p.A.

Dated: _____                    LAW OFFICES OF THOMAS O'HAGAN


By:_____
    Kelli George
    Attorneys for Counter-Defendant
    BRUNI GLASS PACKAGING INC.

PURSUANT TO STIPULATION, IT IS ORDERED that:

1. The disclosure of identities of expert witnesses shall be April 1, 2010;

2. Expert discovery shall be completed by May 1, 2010;

3. All case-dispositive motions shall be heard at 2:00 p.m. on or before June 24, 2010; **the further case management conference is continued to June 24, 2010 at 2:00 p.m. (or on whatever date dispositive motions are set).**

4. Fact discovery is complete except as to discovery upon which counsel may agree in writing; and

5. All discovery that is presently outstanding against Bruni Italy, including but not limited to the Rule 30(b) (6) deposition of Bruni Italy, set for February 5, 2010, is stayed pending the Court's ruling on Defendant Bruni Italy's Motion to Dismiss which the Court has taken under submission.

IT IS SO ORDERED.

2/10/10
Dated: _____                    _____
    Honorable Claudia Wilken
    Judge of the United States District Court