RICHARD J. IDELL (SBN 069033)
ORY SANDEL (SBN 233204)
ELIZABETH J. REST (244756)
IDELL AND SEITEL LLP
465 California Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 986-2400
Facsimile: (415) 392-9259

Attorneys for Plaintiff and Counter Defendant
BRUNI GLASS PACKAGING, INC. and for
Counter-Defendant BRUNI GLASS, S.p.A.

KELLI GEORGE (SBN 225689)
LAW OFFICES OF THOMAS O'HAGAN
1999 Harrison Street, Suite 2070
Oakland, CA 94612
Telephone: (510) 587-1600
Facsimile: (510) 587-0056

Attorneys for Counter-Defendant
BRUNI GLASS PACKAGING, INC.

PHILIP J. TERRY (SBN 148144)
ANGELA G. DENNIS (SBN 232598)
CARLE, MACKIE, POWER & ROSS LLP
100 B Street, Suite 400
Santa Rosa, California 95401
Telephone:  (707) 526-4200
Facsimile:  (707) 526-4707

Attorneys for Defendant and Counterclaimant
COPAIN WINE CELLARS, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRUNI GLASS PACKAGING, INC., a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>COPAIN WINE CELLARS, LLC, a California limited liability company, and DOES 1-100 | CASE NO. CV 09-02398 CW<br><br>**AMENDED CASE MANAGEMENT ORDER**<br><br>**Date:** April 6, 2010<br>**Time:** 2:00 p.m.<br>**Place:** 1301 Clay Street, Suite 400 S<br>Oakland, CA 94612-5212<br>**Courtroom:** 2, 4th Floor |

JOINT STATEMENT IN LIEU OF JOINT CASE MANAGEMENT CONFERENCE STATEMENT;
[PROPOSED] CASE MANAGEMENT ORDER

|   |   |
|---|---|
| inclusive,<br>        Defendants.<br>AND RELATED COUNTERCLAIM | **Honorable Claudia Wilken**<br><br>(e-filing) |

Plaintiff and Counter-Defendant BRUNI GLASS PACKAGING, INC., a Florida corporation ("Plaintiff/Counter-Defendant"), and Defendant and Counterclaimant COPAIN WINE CELLARS, LLC, a California limited liability company ("Defendant/Counterclaimant"), submit this Joint Statement in lieu of Joint Case Management Statement. Plaintiff/Counter-Defendant and Defendant/Counterclaimant are collectively referred to herein as the "Parties."

On August 21, 2009, the Court ordered the Parties to the Court's mediation program. Mediation through the Court's mediation program was held on December 15, 2009, with Michael A. Duncheon of Hanson Bridgett LLP serving as mediator. The Parties were unable to reach a settlement.

The Parties subsequently agreed to participate in private mediation with J.A.M.S., the Honorable Judge Scott Snowden (Ret.) serving as mediator.

Private mediation with the Honorable Judge Scott Snowden (Ret.) was held on March 12, 2010. The Parties reached a settlement in principle at mediation and settlement documents are being drafted. Absent any unforeseen issues in finalizing the settlement, the Parties anticipate filing a Stipulation for Dismissal of the entire action once the settlement documents are completed and executed.

The Parties jointly respectfully request that the Court cancel the Case Management Conference currently scheduled for April 6, 2010, at 2:00 p.m., and continue the Case Management Conference for sixty (60) days to allow them time to formalize the settlement of this matter and file a Stipulation for Dismissal.

IDELL & SEITEL LLP

Dated:_____, 2010        By: _____
                                    Richard J. Idell
                                    Elizabeth J. Rest
                                    Attorneys for Plaintiff and Counter-Defendant BRUNI
                                    GLASS PACKAGING, INC., a Florida corporation


LAW OFFICES OF THOMAS O'HAGAN

| | | |
|---|---|---|
| Dated:_____, 2010 | By: | _____<br>Kelli George<br>Attorneys for Counter-Defendant BRUNI GLASS PACKAGING INC. |
| | | CARLE, MACKIE, POWER & ROSS LLP |
| Dated: March 23, 2010 | By: | _____/s/ Phillip J. Terry, with permission_____<br>Phillip J. Terry<br>Angela G. Dennis<br>Attorneys for Defendant and Counter-Claimant COPAIN WINE CELLARS, LLC, a California limited liability co. |

### AMENDED CASE MANAGEMENT ORDER

The Case Management Conference currently scheduled for April 6, 2010, at 2:00 p.m. is canceled.

The next Case Management Conference is scheduled for **JUNE 24, 2010 at 2:00 p.m.**, which will allow the Parties time to formalize the settlement of this matter and file a Stipulation for Dismissal.

Dated: 3/25/2010

*[signature]*

**United States District Judge Claudia Wilken**